IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| JOE GODBOLT, | : | Case No. 19-02265-DSC13 |
| | : | Chapter 13 |
| DEBTOR. | : | Judge D. SIMS CRAWFORD |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST**

This matter coming before the Court on March 3, 2020 on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by U.S. Bank Trust National Association as Trustee of Cabana Series III Trust (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion for Relief from Stay and Co-Debtor Stay is conditionally denied. The Creditor shall file a claim for the post-petition mortgage arrearage for July 2019, through February 2020, plus attorney fees and costs in connection with Creditor's Motion for Relief from Stay, and the Debtor shall file a Motion to Modify the Plan for said arrearage, fees and costs. The arrearage to be put into the plan is as follows:
   8 payments @ $1,264.22 for 07/19 to 02/20: $10,113.76
   Attorney Fees and Costs for MFR: $1,231.00
   Total: $11,344.76

2. The Motion for Relief from Stay filed by the Creditor is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties by failing to make payments due on the 1st day of each month within the next **TWELVE MONTHS** beginning March 2020 and continuing through February 2021, the Creditor may file with the Court a pleading to renew its motion and a hearing will be scheduled by subsequent notice.

3. If relief from the automatic stay under 11 U.S.C. § 362 and § 1301 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

Done this the 27th day of March, 2020.

                                                            /s/ D. Sims Crawford
                                                            D. SIMS CRAWFORD
                                                            United States Bankruptcy Judge

This Order was submitted to the Debtor's attorney and Trustee to review prior to submission to the Court.

This document was prepared by:
Mark A. Baker, ASB 2549-E57M
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com
Attorneys for Creditor

PARTIES TO RECEIVE COPIES:

Joe Godbolt
5325 Cornwell Dr
Birmingham, AL 35210

Joe Godbolt
5325 Cornell Dr
Birmingham, AL 35210

Cheryl H. Godbolt
5325 Cornwell Dr
Birmingham, AL 35210

Cheryl H. Godbolt
5325 Cornell Dr
Birmingham, AL 35210

Keith Randal Martin
Keith R. Martin, Attorney at Law
2100 1st Ave North
Ste 220
Birmingham, AL 35203

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

Mark A. Baker
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092